IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KARNETRIA BENTLEY-BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No.: |
| v. | ) | |
| | ) | _____ |
| GABRIEL G. GUILLERMO AND | ) | |
| TROPIC TRANSPORT F & Y, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF REMOVAL

**TO:  PLAINTIFF'S COUNSEL**
Marcus A. Roberts
Marcus A. Roberts & Associates, LLC
1401 Peachtree Street, N.E. Suite 340
Atlanta, Georgia 30309

**PLEASE TAKE NOTICE** that Defendant Gabriel G. Guillermo, by and

through his undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332,

and files this Notice of Removal of this action from the State Court for the County

of Henry, State of Georgia, where it is now pending, to the United States District

Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, the Defendant has filed

contemporaneously herewith his Brief in Support of Removal and accompanying

Page **1** of **4**

Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendant Gabriel Guillermo respectfully requests that this Court enter an Order removing this action from the State Court for the County of Henry, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this the 10th day of June, 2019.

Shires, Peake & Gottlieb, LLC

/s/ Kevin T. Shires
KEVIN T. SHIRES
State Bar No.: 643290

284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D).  Specifically, counsel certifies that she has used 14-point Times New Roman as the font in these documents.

Shires, Peake & Gottlieb, LLC

*/s/ Kevin T. Shires*
KEVIN T. SHIRES
State Bar No.: 643290

284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and

foregoing document upon all parties to this matter by:

         *x*          Electronically filing this document with CM/ECF which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

         *x*          Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

Marcus A. Roberts
Marcus A. Roberts & Associates, LLC
1401 Peachtree Street, N.E. Suite 340
Atlanta, Georgia 30309

This 10th day of June, 2019.

                                Shires, Peake & Gottlieb, LLC

                                */s/ Kevin T. Shires*
                                KEVIN T. SHIRES
                                State Bar No.: 643290

284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com