IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KARNETRIA BENTLEY-BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: STSV2018000887 |
| | ) | |
| GABRIEL G. GUILLERMO AND | ) | |
| TROPIC TRANSPORT F & Y, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT, GABRIEL G. GUILLERMO'S, NOTICE OF FILING OF NOTICE OF REMOVAL**

**TO:**  **PLAINTIFF'S COUNSEL**
Marcus A. Roberts
Marcus A. Roberts & Associates, LLC
1401 Peachtree Street, N.E. Suite 340
Atlanta, Georgia 30309

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that Defendant Gabriel Guillermo has caused to be filed on the 10th day of June, 2019, in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal with the Clerk of the said United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of the Notice of Removal is attached hereto as Exhibit 'A'.

Respectfully submitted this the 10th day of June, 2019.

Shires, Peake & Gottlieb, LLC

/s/ Kevin T. Shires
KEVIN T. SHIRES
State Bar No.: 643290

284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com

# EXHIBIT C

Page **1** of **2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

    __*x*__    Electronically filing this document with PeachCourt which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

    _____    Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

    _____    Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Marcus A. Roberts<br>
Marcus A. Roberts & Associates, LLC<br>
1401 Peachtree Street, N.E. Suite 340<br>
Atlanta, Georgia 30309

This 10th day of June, 2019.

    Shires, Peake & Gottlieb, LLC

    */s/ Kevin T. Shires*
    KEVIN T. SHIRES
    State Bar No.: 643290

284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com